Nos. 04-99-00752-CR through 04-99-00758-CR 
Stacey CHAYFUL,
Appellant
v.
The STATE of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas

Trial Court Nos. 98-CR-2406, 98-CR-2407, 98-CR-3148

98-CR-3149, 98-CR-3150, 98-CR-3151, 98-CR-3152

Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice

Delivered and Filed: October 27, 1999


APPEALS DISMISSED

 On September 8, 1999, appellant was convicted of robbery and aggravated robbery in seven
cases and filed notices of appeal. Appellant has filed motions to dismiss these appeals by withdrawing
his notices of appeal. The motions are granted and these appeals are dismissed. See Tex. R. App. P.
42.2(a).

 PER CURIAM

DO NOT PUBLISH